IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY PRICE, | ) | 8:05CV361 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MERCK & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the attached correspondence and conditional transfer order from the Judicial Panel on Multidistrict Litigation received in my chambers on August 29, 2005, I shall order the parties to advise the court when the referenced transfer order has been filed with the United States District Court for the Eastern District of Louisiana.

IT IS ORDERED:

1. The Clerk of the United States District Court for the District of Nebraska shall file the attached correspondence and conditional transfer order from the Judicial Panel on Multidistrict Litigation, along with this memorandum and order; and

2. The parties shall advise the court when the referenced transfer order has been filed with the United States District Court for the Eastern District of Louisiana.

August 30, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 24, 2005

Honorable Eldon E. Fallon
U.S. District Judge
500 Poydras Street
C-456 Hale Boggs Federal Building
& U.S. Courthouse
New Orleans, LA 70130

**RECEIVED**

AUG 2 9 2005

RICHARD G. KOPF
U.S. DISTRICT JUDGE

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

(See Attached Schedule CTO-22)

Dear Judge Fallon:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

        Very truly,

        Michael J. Beck
        Clerk of the Panel

        By _____
           Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-22)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  05-1505 | Bonnie Morrow v. Merck & Co., Inc. |
| ALN  6  05-1512 | Patricia Sutherland v. Merck & Co., Inc., et al. |
| **ALABAMA SOUTHERN** | |
| ALS  2  05-425 | Marquerite Woods v. Merck & Co., Inc., et al. |
| **ARKANSAS WESTERN** | |
| ARW  6  05-6052 | Betty Featherston, et al. v. Merck & Co., Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-2881 | Peggy Johnson v. Merck & Co., Inc., et al. |
| CAN  3  05-2894 | David McArthur v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  3  05-683 | Carol Lee Watkins v. Merck & Co., Inc. |
| FLM  3  05-684 | Brenda Schneble v. Merck & Co., Inc. |
| FLM  3  05-685 | Jacqueline Silva, etc. v. Merck & Co., Inc., et al. |
| FLM  3  05-686 | Ann Danziger, et al. v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS  9  05-80662 | Alice Thomashefski v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN  1  05-4103 | Norbert Cipowski, etc. v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  05-508 | Betty Herrick v. Merck & Co., Inc. |
| **KENTUCKY WESTERN** | |
| KYW  1  05-100 | Sharron Haynes v. Merck & Co., Inc. |
| **LOUISIANA MIDDLE** | |
| LAM  3  05-965 | Aujest Cheramie v. Merck & Co., Inc. |
| **MAINE** | |
| ME  1  05-111 | Carol Lally v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN  0  05-1407 | John Utke v. Merck & Co., Inc. |
| MN  0  05-1466 | Connie S. Bell v. Merck & Co., Inc. |
| MN  0  05-1475 | Elizabeth M. Skofich v. Merck & Co., Inc. |
| MN  0  05-1534 | Marjorie J. Savoie v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| MOE  4  05-1129 | Geraldine Moore, et al. v. Merck & Co., Inc., et al. |
| MOE  4  05-1161 | John Fischer v. Merck & Co., Inc. |
| MOE  4  05-1164 | Robert O'Conner v. Merck & Co., Inc. |

SCHEDULE CTO-22 TAG-ALONG ACTIONS (MDL-1657)                                     PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI NORTHERN** | |
| MSN  1  05-176 | Dora Prince v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS  3  05-435 | Kathy DeKay, et al. v. Merck & Co., Inc. |
| **MONTANA** | |
| MT  2  05-47 | Stanley Hanson, et al. v. Merck & Co., Inc. |
| **NORTH CAROLINA EASTERN** | |
| NCE  7  05-138 | Daisy Stevens v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE  8  05-361 | Terry Price v. Merck & Co., Inc. |
| **NEW MEXICO** | |
| NM  1  05-597 | Kirk Bailey, etc. v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE  1  05-3336 | Teresa Binkowska v. Merck & Co., Inc. |
| NYE  1  05-3337 | Anna Lambropoulos, et al v. Merck & Co., Inc. |
| NYE  1  05-3391 | Mark Bergman v. Merck & Co., Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  05-6630 | Gene Stein v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN  4  05-1512 | Frank W. Bodak, et al. v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS  2  05-648 | Glenna M. Moyer, et al. v. Merck & Co., Inc. |
| OHS  2  05-680 | Thomas Holowitz v. Merck & Co., Inc. |
| OHS  2  05-694 | Kathy Melvin-Knodel, etc. v. Merck & Co., Inc. |
| **OREGON** | |
| OR  3  05-1105 | Robert Kanable v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-3560 | Louis LaPila, et al. v. Merck & Co., Inc., et al. |
| PAE  2  05-3681 | Linda Gates, et al. v. Merck & Co., Inc. |
| PAE  2  05-3684 | Richard M. Armour, et al. v. Merck & Co., Inc. |
| PAE  2  05-3693 | Diana M. Trakimas v. Merck & Co., Inc. |
| PAE  2  05-3696 | Karen S. Krout, et al. v. Merck & Co., Inc. |
| PAE  2  05-3740 | Milo Magnan, et al. v. Merck & Co., Inc., et al. |
| PAE  2  05-3773 | Sharon McClinton Jones, etc. v. Merck & Co., Inc., et al. |
| PAE  2  05-3832 | Barbara Salyers v. Merck & Co., Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  3  05-306 | Donald Graham, Sr., etc. v. Merck & Co., Inc. |
| **RHODE ISLAND** | |
| RI  1  05-325 | Shirley Asan v. Merck & Co., Inc. |

SCHEDULE CTO-22 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE WESTERN** | |
| TNW 1 05-1168 | John J. Stockton, et al. v. Merck & Co., Inc. |
| TNW 1 05-1209 | LeRoyce Wallace, et al. v. Merck & Co., Inc., et al. |
| TNW 1 05-1210 | Tilda N. Simmons v. Merck & Co., Inc., et al. |
| TNW 1 05-1211 | James H. Oliver, et al. v. Merck & Co., Inc., et al. |
| TNW 2 05-2534 | Edmund Raines v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 2 05-335 | Larry G. Burdett, et al. v. Merck & Co., Inc., et al. |
| TXE 2 05-336 | Charleen R. Hranicky, et al. v. Merck & Co., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 1 05-210 | Jackie Roberts, etc. v. Juan Marcos Garcia, M.D., et al. |
| TXS 4 05-2556 | John O'Neill, et al. v. Merck & Co., Inc. |
| **TEXAS WESTERN** | |
| TXW 1 05-531 | Ronald D. Boyd, et al. v. Merck & Co., Inc. |
| TXW 1 05-540 | Marilyn J. Walters v. Merck & Co., Inc. |
| TXW 3 05-270 | Martin Galindez v. Merck & Co., Inc. |
| **WASHINGTON EASTERN** | |
| WAE 2 05-221 | John Stephen Moore, et al. v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-22)
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4245

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Frederick R. Buckles
U.S. Magistrate Judge
U.S. District Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Elaine E. Bucklo
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Robert T. Dawson
U.S. District Judge
U.S. District Court
P.O. Box 1624
Fort Smith, AR 72902-1624

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building & U.S.
Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S.District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Patricia C. Fawsett
Chief Judge, U.S. District Court
611 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Gregory L. Frost
U.S. District Judge
349 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. Kim R. Gibson
U.S. District Judge
U.S. District Court
104 Penn Traffic Building
319 Washington Street
Johnstown, PA 15901

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Sam E. Haddon
U.S. District Judge
United States Post Office Bldg.
215 First Avenue, North
Great Falls, MT 59401

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2902

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

INVOLVED JUDGES LIST (CTO-22) MDL-1657                                   PAGE 2 of 2

Hon. Gerard E. Lynch
U.S. District Judge
910 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007

Hon. Jon P. McCalla
U.S. District Judge
907 Clifford Davis Federal Bldg.
167 Federal Building
Memphis, TN 38103

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Frank Montalvo
U.S. District Judge
U.S. Courthouse
511 East San Antonio Avenue
El Paso, TX 79901

Hon. John H. Moore, II
Senior U.S. District Judge
300 N. Hogan Street
Suite 11-400
Jacksonville, FL 32202

Hon. Clarence C. Newcomer
Senior U.S. District Judge
13614 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1778

Hon. David D. Noce
U.S. Magistrate Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Justin L. Quackenbush
Senior U.S. District Judge
P.O. Box 1432
Spokane, WA 99210

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Thomas B. Russell
U.S. District Judge
307 Federal Building
501 Broadway Street
Paducah, KY 42001

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Hon. Edmund A. Sargus, Jr.
U.S. District Judge
302 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Berle M. Schiller
U.S. District Judge
5918 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. W. Daniel Schneider
U.S Magistrate Judge
720 U.S. States Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse
#306
600 East Harrison Street
Brownsville, TX 78520

Hon. James D. Todd
Chief Judge, U.S. District Court
444 U.S. Courthouse
111 South Highland Ave.
Jackson, TN 38301

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701